# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE BRADY, | Case No. CV 15-02123-GW(RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DAVID B. LONG, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 3, 2016

*/s/ George H. Wu*

GEORGE H. WU
UNITED STATES DISTRICT JUDGE